**Tony DELDUCA, doing business as Delduca Trucking Service, Appellant,**

v.

**UNITED STATES FIDELITY & GUARANTY COMPANY, Appellee.**

No. 22368.

United States Court of Appeals
Fifth Circuit.

July 6, 1966.

Edward I. Cutler, Tampa, Fla., for appellant.

Julius I. Friedman, Miami, Fla., for appellee.

ON PETITION FOR REHEARING
OF 357 F.2d 204

Before JONES and BROWN, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

We are not persuaded by the opinion of the Supreme Court of Florida in Massachusetts Bonding & Insurance Co. v. Bryant, Fla., 189 So.2d 614, decided on April 27, 1966, nor by the opinion of this Court in United Benefit Fire Insurance Company v. Dunn Construction Co., 358 F.2d 673, decided on March 25, 1966, that the decision made by this Court in this cause was incorrectly made. We are not otherwise convinced that error

was committed or that injustice was done. The petition for rehearing en banc is denied. The petitions for rehearing are

Denied.